## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Amy Lynn Gainor  fka Amy Lynn Hurst        CHAPTER 13
                   Debtor(s)

BKY. NO. 21-10821 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                      Respectfully submitted,

/s/ **Rebecca Solarz**

Rebecca Solarz
02 Apr 2021, 13:51:05, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322