# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Amy Lynn Gainor, | : | Chapter 13 |
| Debtor | : | Case No.:  21-10821-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed June 10, 2021 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on June 10, 2021:*

Danette Murrell, Asst. VP
Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

*Via Electronic Filing (ECF) on June 10, 2021:*

Rebecca Ann Solarz, Esquire on behalf of Quicken Loans, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                      **ROSS, QUINN & PLOPPERT, P.C.**

                          By:    */s/ Joseph Quinn*
                                     Joseph Quinn, Esquire
                                     Attorney I.D. No. 307467
                                     192 S. Hanover Street, Suite 101
                                     Pottstown, PA 19464
                                     T: 610.323.5300
                                     F: 610.323.6081
                                     jquinn@rqplaw.com
Date:  June 10, 2021                    Counsel for Debtor