Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 21-10821-AMC

Amy Lynn Gainor  
100 Hyacinth Way  
Coatesville  PA   19320

Petition Filed Date: 03/30/2021  
341 Hearing Date: 05/07/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2021 | $685.00 | | 06/08/2021 | $685.00 | | | | |

**Total Receipts for the Period:  $1,370.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,370.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $62.77 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,669.18 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,427.74 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $826.98 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA<br>»» 005 | Unsecured Creditors | $6,713.55 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA<br>»» 006 | Unsecured Creditors | $12,795.62 | $0.00 | $0.00 |
| 0 | JOSEPH L QUINN ESQ | Attorney Fees | $2,678.00 | $0.00 | $2,678.00 |
| 7 | VERIZON BY AMERICAN INFORSOURCE AS AGENT<br>»» 007 | Unsecured Creditors | $719.55 | $0.00 | $0.00 |
| 8 | VERIZON BY AMERICAN INFORSOURCE AS AGENT<br>»» 008 | Unsecured Creditors | $78.01 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $1,134.49 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $278.70 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $382.18 | $0.00 | $0.00 |
| 12 | QUICKEN LOANS INC<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $2,621.69 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $8,038.71 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $6,814.91 | $0.00 | $0.00 |

Chapter 13 Case No. 21-10821-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,370.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $137.00 | Total Plan Base: | $24,660.00 |
| Funds on Hand: | $1,233.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.