# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Amy Lynn Gainor, | : | Chapter 13 |
| Debtor | : | Case No.:  21-10821-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed June 10, 2021 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on June 30, 2021:*

All creditors listed on the creditor matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com
Counsel for Debtor

Date:  June 30, 2021