United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Amy Lynn Gainor  
    Debtor

Case No. 21-10821-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 04, 2021      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Lynn Gainor, 100 Hyacinth Way, Coatesville, PA 19320-4371 |
| 14594775 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14594776 | + | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 14596617 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14608653 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14594784 | + | Michael Gainor, 100 Hyacinth Way, Coatesville, PA 19320-4371 |
| 14611960 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14596491 | + | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14614339 | + | Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14594787 | | Wf Crd Svc, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14606987 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 04 2021 23:41:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14594777 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 04 2021 23:30:05 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14606988 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 04 2021 23:41:09 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14594778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 23:41:02 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14612799 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 23:41:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14594779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 23:41:16 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14594780 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2021 23:28:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14594781 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2021 23:28:00 | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 14598805 | | Email/Text: mrdiscen@discover.com | Aug 04 2021 23:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14594782 | + | Email/Text: mrdiscen@discover.com | Aug 04 2021 23:28:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14594783 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 04 2021 23:28:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14612806 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2021 23:30:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2021 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14611936 | | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2021 23:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14611935 | | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2021 23:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14594785 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 23:30:13 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14594786 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 23:30:14 | Syncb/walmart, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 14611856 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 23:30:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14611768 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 04 2021 23:41:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Amy Lynn Gainor CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Amy Lynn Gainor
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−10821−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 4, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Ashely M. Chan
                                        Judge ,
                                        United States Bankruptcy Court

                                                                      22
                                                          Form 155