| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-10821-AMC

Amy Lynn Gainor  
100 Hyacinth Way  
Coatesville  PA    19320

Petition Filed Date: 03/30/2021  
341 Hearing Date: 05/07/2021  
Confirmation Date: 08/04/2021

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2021 | $685.00 | | 06/08/2021 | $685.00 | | 07/08/2021 | $685.00 | |
| 08/06/2021 | $685.00 | | 09/07/2021 | $685.00 | | 10/07/2021 | $685.00 | |
| 11/08/2021 | $685.00 | | 12/07/2021 | $685.00 | | 01/06/2022 | $685.00 | |
| 02/07/2022 | $685.00 | | 03/07/2022 | $685.00 | | 04/06/2022 | $685.00 | |
| 05/09/2022 | $685.00 | | 06/07/2022 | $685.00 | | 07/12/2022 | $685.00 | |

**Total Receipts for the Period:  $10,275.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,275.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $62.77 | $62.77 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,669.18 | $776.54 | $4,892.64 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,427.74 | $332.56 | $2,095.18 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $826.98 | $102.56 | $724.42 |
| 5 | BANK OF AMERICA<br>»» 005 | Unsecured Creditors | $6,713.55 | $919.62 | $5,793.93 |
| 6 | BANK OF AMERICA<br>»» 006 | Unsecured Creditors | $12,795.62 | $1,752.76 | $11,042.86 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,678.00 | $2,678.00 | $0.00 |
| 7 | VERIZON BY AILP AS AGENT<br>»» 007 | Unsecured Creditors | $719.55 | $98.57 | $620.98 |
| 8 | VERIZON BY AILP AS AGENT<br>»» 008 | Unsecured Creditors | $78.01 | $0.00 | $78.01 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $1,134.49 | $140.65 | $993.84 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $278.70 | $34.54 | $244.16 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $382.18 | $37.48 | $344.70 |
| 12 | QUICKEN LOANS INC<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $2,621.69 | $359.12 | $2,262.57 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $8,038.71 | $1,101.14 | $6,937.57 |

| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $6,814.91 | $933.52 | $5,881.39 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,275.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $9,329.83 | Arrearages: | $685.00 |
| Paid to Trustee: | $890.50 | Total Plan Base: | $24,660.00 |
| Funds on Hand: | $54.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.