Certificate Number: 05781-PAE-DE-037457896

Bankruptcy Case Number: 21-10821



05781-PAE-DE-037457896

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2023, at 7:31 o'clock PM PDT, Amy Gainor completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 24, 2023                By:     /s/Allison M Geving

                                   Name:   Allison M Geving

                                   Title:  President