| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 21-10821-AMC

Amy Lynn Gainor  
100 Hyacinth Way  
Coatesville  PA    19320

Petition Filed Date: 03/30/2021  
341 Hearing Date: 05/07/2021  
Confirmation Date: 08/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $685.00 | | 09/07/2022 | $685.00 | | 10/07/2022 | $685.00 | |
| 11/07/2022 | $685.00 | | 12/07/2022 | $685.00 | | 01/09/2023 | $685.00 | |
| 02/06/2023 | $685.00 | | 03/07/2023 | $685.00 | | 04/06/2023 | $685.00 | |
| 05/08/2023 | $685.00 | | 06/06/2023 | $685.00 | | 07/10/2023 | $685.00 | |

**Total Receipts for the Period:  $8,220.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $19,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $62.77 | $62.77 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,669.18 | $1,657.28 | $4,011.90 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,427.74 | $709.72 | $1,718.02 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $826.98 | $231.16 | $595.82 |
| 5 | BANK OF AMERICA<br>»» 005 | Unsecured Creditors | $6,713.55 | $1,962.63 | $4,750.92 |
| 6 | BANK OF AMERICA<br>»» 006 | Unsecured Creditors | $12,795.62 | $3,740.64 | $9,054.98 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,678.00 | $2,678.00 | $0.00 |
| 7 | VERIZON BY AIS AS AGENT<br>»» 007 | Unsecured Creditors | $719.55 | $210.37 | $509.18 |
| 8 | VERIZON BY AIS AS AGENT<br>»» 008 | Unsecured Creditors | $78.01 | $15.70 | $62.31 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $1,134.49 | $317.05 | $817.44 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $278.70 | $70.70 | $208.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $382.18 | $97.04 | $285.14 |
| 12 | QUICKEN LOANS INC<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $2,621.69 | $766.42 | $1,855.27 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $8,038.71 | $2,350.03 | $5,688.68 |

| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $6,814.91 | $1,992.28 | $4,822.63 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,180.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $16,861.79 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,637.15 | Total Plan Base: | $24,660.00 |
| Funds on Hand: | $681.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.