United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10821-amc |
| Amy Lynn Gainor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 23, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Lynn Gainor, 100 Hyacinth Way, Coatesville, PA 19320-4371 |
| 14594784 | + | Michael Gainor, 100 Hyacinth Way, Coatesville, PA 19320-4371 |
| 14614339 | + | Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14594787 | | Wf Crd Svc, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2024 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2024 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14594775 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 23 2024 23:45:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14594776 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 23 2024 23:45:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 14608653 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 23 2024 23:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14596617 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 23 2024 23:45:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14606987 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2024 23:51:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14594777 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2024 23:51:15 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14606988 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2024 23:51:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14594778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2024 23:51:35 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14612799 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2024 23:51:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14594779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2024 23:51:15 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14594780 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2024 23:45:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14594781 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2024 23:45:00 | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14598805 | | Email/Text: mrdiscen@discover.com | Apr 23 2024 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14594782 | + | Email/Text: mrdiscen@discover.com | Apr 23 2024 23:45:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14594783 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 23 2024 23:45:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14612806 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2024 23:51:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14611936 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2024 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14611935 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2024 23:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14596491 | ^ | MEBN | Apr 23 2024 23:39:22 | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14611960 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 23 2024 23:45:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14594785 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2024 23:51:51 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14594786 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2024 23:51:51 | Syncb/walmart, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 14611856 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2024 23:51:13 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14611768 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2024 23:51:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |

Case 21-10821-amc    Doc 38    Filed 04/25/24    Entered 04/26/24 00:32:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Debtor Amy Lynn Gainor CourtNotices@rqplaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Amy Lynn Gainor
        Debtor(s)

Case No: 21−10821−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/23/24

35 − 33
Form 138OBJ